JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICES OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant ROBERTO BLANCAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 12-00613 DLJ |
| Plaintiff, ) | |
| vs. ) | STIPULATION BETWEEN USA & DEF.  ROBERTO BLANCAS TO REQUEST A CONTINUANCE OF THE SENTENCING HEARING AND [] ORDER RE SAME. |
| JORGE LUIS CORIA-SANCHEZ, ROBERTO BLANCAS, EDGAR CARDENAS-PACHECO, ) | |
| Defendants. ) | |

Defendant Roberto Blancas and Plaintiff United States of America, through their respective counsel, hereby jointly request that the Court continue Mr. Blancas' sentencing hearing from December 19, 2013, at 10:00 a.m., to March 13, 2014, at 10:00 a.m., before this Court.  The continuance is necessary because Mr. Blancas has not yet completed his probation interview or supplied the necessary information to the probation officer.  The Probation Office is aware of this request and does not object.  It is so stipulated.

DATED:  December 17, 2013              Respectfully submitted,


                                        /S/
                                       JERRY Y. FONG, Attorney for
                                       Defendant ROBERTO BLANCAS

DATED:  December 17, 2013            Respectfully submitted,

              /S/
PHILIP ALAN GUENTERT, Attorney for
Plaintiff UNITED STATES OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the stipulated request to continue the sentencing hearing currently set on December 19, 2013, at 10:00 a.m. is granted.  The sentencing hearing shall be continued to March 13, 2014, at 10:00 a.m.  It is so ordered.

DATED: 12/18/13

DISTRICT-JUDGE OF THE
UNITED STATES DISTRICT COURT