JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICES OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant ROBERTO BLANCAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO.   CR 12-00613 DLJ |
| )  Plaintiff,                            ) | |
| )                                         ) | STIPULATION BETWEEN USA & DEF.  ROBERTO BLANCAS TO REQUEST A CONTINUANCE OF THE SENTENCING HEARING AND [] ORDER RE SAME. |
| vs.                                      ) | |
| )                                         ) | |
| JORGE LUIS CORIA-SANCHEZ,  ) ROBERTO BLANCAS, EDGAR   ) CARDENAS-PACHECO,         ) | |
| )                                         ) | |
| Defendants.                         ) | |

Defendant Roberto Blancas and Plaintiff United States of America, through their respective counsel, hereby jointly request that the Court continue Mr. Blancas' sentencing hearing from March 13, 2013, at 10:00 a.m., to April 10, 2014, at 10:00 a.m., before this Court. The continuance is necessary because Mr. Blancas' counsel has been tied up with two murder cases and has not been able to supply the necessary information to the probation officer. The Probation Office is aware of this request and does not object.  It is so stipulated.

DATED: February 27, 2014                         Respectfully submitted,


                                                             /S/
                                                             JERRY Y. FONG, Attorney for
                                                             Defendant ROBERTO BLANCAS

1
2
3  DATED: February 27, 2014            Respectfully submitted,
4
5                                            /S/
6                                      PHILIP ALAN GUENTERT, Attorney for
                                       Plaintiff UNITED STATES OF AMERICA
7
8                              [] ORDER

9       Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
10 ordered that the stipulated request to continue the sentencing hearing currently set on March
11 13, 2013, at 10:00 a.m. is granted. The sentencing hearing shall be continued to April 10,
12 2014, at 10:00 a.m. It is so ordered.
13
14 DATED: 
                                       JUDGE OF THE
15                                     UNITED STATES DISTRICT COURT
16
17
18
19
20
21
22
23
24
25
26
27
28